# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMOND MACK

NO. 2021 KW 0222

**APRIL 26, 2021**

---

In Re:  Demond Mack, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-19-0310.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court is proceeding toward disposition of relator's Motion to Quash, as it is set to be heard on April 26, 2021.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT